IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNOVATIVE TECHNOLOGY
DISTRIBUTORS LLC,

    Plaintiff,

v.

ORACLE AMERICA, INC., and
ORACLE CORPORATION

    Defendant.

CASE NO. 5:11-cv-2135-LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Kevin Puvalowski, whose business address and telephone number is Sheppard Mullin Richter & Hampton, LLP 30 Rockefeller Plaza, New York, New York 10112-0015

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Oracle America, Inc. & Oracle Corporation

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 18, 2012

*Lucy H. Koh*
United States District Judge