RECEIVED
SEP 14 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE TECHNOLOGY DISTRIBUTORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE AMERICA, INC., and ORACLE CORPORATION<br><br>Defendant. | CASE NO. 5:11-cv-2135-LHK<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Rena Andoh, whose business address and telephone number is Sheppard Mullin Richter & Hampton, LLP 30 Rockefeller Plaza, New York, New York 10112-0015

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Oracle America, Inc. & Oracle Corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 18, 2012

*Lucy H. Koh*
United States District Judge