RECEIVED
SEP 14 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNOVATIVE TECHNOLOGY
DISTRIBUTORS LLC,

Plaintiff,

v.

ORACLE AMERICA, INC., and
ORACLE CORPORATION

Defendant.

CASE NO. 5:11-cv-2135-LHK

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Robert S. Friedman, whose business address and telephone number is Sheppard Mullin Richter & Hampton, LLP 30 Rockefeller Plaza, New York, New York 10112-0015

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Oracle America, Inc. & Oracle Corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 18, 2012

*Lucy H. Koh*
United States District Judge