IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

v.

INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC,

    Defendant.

CASE NO. 5:11-CV-2135 LHK

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Michael J. Hahn, whose business address and telephone number is Lowenstein Sandler PC, 65 Livingston Ave., Roseland, NJ 07068 (973) 597-2500 mhahn@lowenstein.com and who is an active member in good standing of the bar of the State of New Jersey having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Innovative Tech. Distrib., LLC,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: September 24, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge