UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>ORACLE AMERICA, INC. and ORACLE CORPORATION,<br><br>    Defendants. | No. 11-CV-2135 LHK<br><br>Consolidated for all purposes with No. 11-CV-1043 LHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Innovative Technology Distributors, LLC, and Defendants Oracle America Inc. and Oracle Corporation, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in this action are hereby dismissed with prejudice, and without costs.

Dated: October 12, 2012          LOWENSTEIN SANDLER PC


                    By:_____/s/_____
                        Robert J. Kipnees (admitted pro hac vice)
                        Michael J. Hahn (admitted *pro hac vice*)
                        Jason Halper (admitted *pro hac vice*)
                        65 Livingston Ave.
                        Roseland, NJ 07068
                        Telephone: (973) 597-2500
                        Facsimile: (973) 597-2400

        Valerie Margo Wagner, Esq.
        GCA LAW PARTNERS LLP
        1891 Landings Drive
        Mountain View, CA 94043
        Telephone: (650) 428-3900
        Facsimile: (650) 428-3901

        *Attorneys for Defendant*
        *Innovative Technology Distributors, LLC*

Dated: October 12, 2012        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By:     /s/
        Robert S. Friedman, Esq. (admitted *pro hac vice*)
        30 Rockefeller Plaza
        New York, New York 10112
        Telephone: (212) 653-8700
        Facsimile: (212) 653-8701

        Jeffrey S. Ross (CA State Bar No. 138172)
        ORACLE AMERICA, INC.
        500 Oracle Parkway, 7th Floor
        Redwood Shores, CA 94065
        Telephone:(650) 506-5200
        Facsimile: (650) 506-7114

        Meryl Macklin (CA State Bar No. 115053)
        BRYAN CAVE LLP
        560 Mission Street, 25th Floor
        San Francisco, CA 94105-2994
        Telephone: (415) 268-2000
        Facsimile: (415) 268-1999

        *Attorneys for Defendants Oracle America, Inc. and Oracle Corporation*

Good cause appearing, it is <u>SO ORDERED</u>.  `The Clerk shall close the file.`

Dated: October 12, 2012        */s/ Lucy H. Koh*
        Hon. Lucy H. Koh
        United States District Court Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>INNOVATIVE TECHNOLOGY DISTRIBUTORS, LLC,<br><br>    Defendant. | No. 11-CV-1043 LHK<br><br>Consolidated for all purposes with<br>No.  11-CV-2135 LHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Oracle America Inc. and Defendant Innovative Technology Distributors, LLC, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in this action are hereby dismissed with prejudice, and without costs.

Dated:  October 12, 2012              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                    By:_____/s/_____
                        Robert S. Friedman, Esq. (admitted *pro hac vice*)
                        30 Rockefeller Plaza
                        New York, New York 10112
                        Telephone: (212) 653-8700
                        Facsimile: (212) 653-8701

                        Jeffrey S. Ross (CA State Bar No. 138172)
                        ORACLE AMERICA, INC.
                        500 Oracle Parkway, 7th Floor
                        Redwood Shores, CA  94065
                        Telephone:(650) 506-5200
                        Facsimile:  (650) 506-7114

        Meryl Macklin (CA State Bar No. 115053)
        BRYAN CAVE LLP
        560 Mission Street, 25th Floor
        San Francisco, CA 94105-2994
        Telephone: (415) 268-2000
        Facsimile:  (415) 268-1999

        *Attorneys for Plaintiff Oracle America, Inc.*

Dated: October 12, 2012        LOWENSTEIN SANDLER PC

        By:_____/s/_____
        Robert J. Kipnees (admitted pro hac vice)
        Michael J. Hahn (admitted *pro hac vice*)
        Jason Halper (admitted *pro hac vice*)
        65 Livingston Ave.
        Roseland, NJ 07068
        Telephone: (973) 597-2500
        Facsimile: (973) 597-2400

        Valerie Margo Wagner, Esq.
        GCA LAW PARTNERS LLP
        1891 Landings Drive
        Mountain View, CA 94043
        Telephone: (650) 428-3900
        Facsimile: (650) 428-3901

        *Attorneys for Defendant*
        *Innovative Technology Distributors, LLC*

Good cause appearing, it is **SO ORDERED**.  The Clerk shall close the file.

Dated: October 12, 2012        *Lucy H. Koh*
        _____
        Hon. Lucy H. Koh
        United States District Court Judge